MICHAEL R. SEW HOY (Cal. Bar No. 243391)
Email:  sewhoym@sec.gov
JACOB A. REGENSTREIF (Cal. Bar No. 234734)
Email: regenstreifj@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Katharine E. Zoladz, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>        vs.<br><br>VERDEGROUP INVESTMENT PARTNERS, INC.; THOMAS GAFFNEY; and LISA GORDON,<br><br>                Defendants,<br><br>        and<br><br>TOMMY'S PIZZA VENTURES, INC.; and CYNTHIA GAFFNEY,<br><br>                Relief Defendants. | Case No. 2:21-cv-07663-SB-ADS<br><br>**REQUEST BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANTS VERDEGROUP INVESTMENT PARTNERS, INC., THOMAS GAFFNEY AND LISA GORDON AND AGAINST RELIEF DEFENDANTS TOMMY'S PIZZA VENTURES, INC., AND CYNTHIA GAFFNEY** |

**TO THE CLERK OF THE COURT AND TO THE DEFENDANTS AND RELIEF DEFENDANTS:**

**PLEASE TAKE NOTICE** that Plaintiff Securities and Exchange Commission ("SEC") hereby requests that the Clerk, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, enter a default against Defendants VerdeGroup Investment Partners, Inc. ("VerdeGroup"), Thomas Gaffney ("T. Gaffney") and Lisa Gordon ("Gordon") and against Relief Defendants Tommy's Pizza Ventures, Inc. ("Tommy's Pizza"), and Cynthia Gaffney ("C. Gaffney") for failure to answer, plead, or otherwise respond to the Complaint filed in this action.

As set forth in the supporting Declaration of Michael R. Sew Hoy, on September 29, 2021, the SEC caused Defendants T. Gaffney and Gordon and Relief Defendants Tommy's Pizza and C. Gaffney to be personally served with copies of the Summons and Complaint (Dkt. Nos. 9, 10, 11 and 13).  T. Gaffney, Gordon, Tommy's Pizza and C. Gaffney were therefore required to file an answer or otherwise respond to the SEC's Complaint by October 20, 2021.

On October 5, 2021, the SEC caused Defendant Verde Group to be personally served with copies of the Summons and Complaint (Dkt. No. 12).  Accordingly, VerdeGroup was required to file an answer or otherwise respond to the SEC's Complaint by October 26, 2021.

No answer or other response appears on the Court's public docket, and, as of this date, the SEC has received no answer or other response by the relevant Defendants or Relief Defendants.

Dated:  October 27, 2021                    Respectfully submitted,

*/s/ Michael R. Sew Hoy*
Michael R. Sew Hoy
Jacob A. Regenstreif
Attorneys for Plaintiff
Securities and Exchange Commission

1

1

## **PROOF OF SERVICE**

2

I am over the age of 18 years and not a party to this action.  My business address is:

3

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071

4

Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

5

On October 27, 2021, I caused to be served the document entitled **REQUEST BY**

6

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANTS VERDEGROUP INVESTMENT PARTNERS, INC., THOMAS GAFFNEY AND LISA**

7

**GORDON AND AGAINST RELIEF DEFENDANTS TOMMY'S PIZZA VENTURES, INC., AND CYNTHIA GAFFNEY** on all the parties to this action

8

addressed as stated on the attached service list:

9

☒    **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for

10

collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on

11

the same day in the ordinary course of business.

12

☐    **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was

13

deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

14

☐    **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility

15

regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

16

☐    **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the

17

office of the addressee as stated on the attached service list.

18

☐    **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I

19

deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

20

☒    **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to

21

the electronic mail address as stated on the attached service list.

22

☐    **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with

23

the CM/ECF system.

24

☐    **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

25

I declare under penalty of perjury that the foregoing is true and correct.

26

27

Date:  October 27, 2021                    */s/ Michael R. Sew Hoy*

Michael R. Sew Hoy

28

2

1

2

*SEC v. VerdeGroup Investment Partners, Inc., et al.*
**United States District Court – Central District of California**
**Case No. 2:21-cv-07663-SB-ADS**

3

4

SERVICE LIST

5

VerdeGroup Investment Partners, Inc. (by U.S. mail only)
c/o Cynthia Gaffney, Managing Agent
55 Sunset Street
Satellite Beach, FL 32937
***Pro Se***

6

7

8

Thomas Gaffney (by electronic and U.S. mail)
55 Sunset Street
Satellite Beach, FL 32937
Email: tomgaffneypresents@yahoo.com
***Pro Se***

9

10

11

12

Lisa Gordon (by electronic and U.S. mail)
22938 Avenue San Luis
Woodland Hills, CA 91364
Email: financialcatalyst@gmail.com
***Pro Se***

13

14

15

Tommy's Pizza Ventures, Inc. (by U.S. mail only)
c/o Thomas Gaffney, Registered Agent
55 Sunset Street
Satellite Beach, FL 32937
***Pro Se***

16

17

18

19

Cynthia Gaffney (by electronic and U.S. mail)
55 Sunset Street
Satellite Beach, FL 32937
Email: thegaffneys1997@yahoo.com
***Pro Se***

20

21

22

23

24

25

26

27

28