# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>　　　　　　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>VERDEGROUP INVESTMENT PARTNERS, INC., et al.<br><br>　　　　　　　　　　　　　　　Defendant(s). | CASE NUMBER:<br><br>2:21−cv−07663−SB−ADS<br><br>**NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  VerdeGroup Investment Partners, Inc., Thomas Gaffney, Lisa Gordon, and Relief Defendants Tommy's Pizza Ventures, Inc. and Cynthia Gaffney  for the following reason(s):

- ＿ No declaration as required by F.R.Civ.P 55(a)
- ＿ No proof of service/waiver of service on file
- ＿ The name of the person served does not exactly match the person named in complaint
- X Proof of Service is lacking required information
- ＿ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ＿ Time to respond has not expired
- ＿ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- ＿ Request for Entry of Default has been forwarded to the assigned Judge
- ＿ Party dismissed from action on
- ＿ Case terminated on
- X Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- X Other: The proofs of service have redacted service addresses. A full address is required before the clerk can enter Default. Re−file the Proof of Service reflecting the full address of the place of service. The statute under which service was made is not indicated. As to Lisa Gordon, substituted service was made with a subsequent mail service on 10/6/2021; lacking due diligence; and the request is untimely.

The Clerk cannot enter the requested **Default Judgment** against ＿ for the following reason(s):

- ＿ No Entry of Default on file
- ＿ No declaration as required by F.R.Civ.P 55(b)
- ＿ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ＿ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ＿ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- ＿ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- ＿ Amount sought is not for a sum certain or cannot be computed to a sum certain
- ＿ Attorney Fees sought not in compliance with Local Rule 55−3
- ＿ Amount sought for costs is incorrect
- ＿ Case terminated on
- ＿ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- ＿ Other:

CLERK, U.S. DISTRICT COURT

CV−52B(09/12)　　　　NOTICE OF DEFICIENCY − DEFAULT/DEFAULT JUDGMENT

Date: October 28, 2021          By: /s/ *Grace Kami*
                                    Deputy Clerk
                                    grace_kami@cacd.uscourts.gov