MICHAEL R. SEW HOY (Cal. Bar No. 243391)
Email:  sewhoym@sec.gov
JACOB A. REGENSTREIF (Cal. Bar No. 234734)
Email: regenstreifj@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Katharine E. Zoladz, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:21-cv-07663-SB-ADS |
| Plaintiff, | **NOTICE OF MOTION AND MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS VERDEGROUP INVESTMENT PARTNERS, INC.; THOMAS GAFFNEY; AND LISA GORDON; AND RELIEF DEFENDANTS TOMMY'S PIZZA VENTURES, INC. AND CYNTHIA GAFFNEY** |
| vs. | |
| VERDEGROUP INVESTMENT PARTNERS, INC.; THOMAS GAFFNEY; and LISA GORDON, | |
| Defendants, | |
| and | |
| TOMMY'S PIZZA VENTURES, INC.; and CYNTHIA GAFFNEY, | Date:      January 14, 2022<br>Time:      8:30 a.m.<br>Ctrm:      6C<br>Judge:    Hon. Stanley Blumenfeld Jr. |
| Relief Defendants. | |

**TO ALL DEFENDANTS, RELIEF DEFENDANTS AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Securities and Exchange Commission ("SEC") will, and hereby does, move pursuant to Fed. R. Civ. P. 55(b)(2), C.D. Cal. Local Rule 55-1, and this Court's order to show cause dated November 24, 2021 (Dkt. No. 25), for entry of a default judgment against Defendants VerdeGroup Investment Partners, Inc. ("VerdeGroup"), Thomas Gaffney ("T. Gaffney") and Lisa Gordon ("Gordon") and Relief Defendants Tommy's Pizza Ventures, Inc. ("Tommy's Pizza"), and Cynthia Gaffney ("C. Gaffney") (collectively referred to herein as "you"). **Failure to oppose the motion may result in a judgment being entered against you**. In order to oppose the motion, you must file with the Court and serve on the SEC a written opposition no later than December 27, 2021.

The SEC's proposed judgment seeks to require:

- permanent injunctions prohibiting T. Gaffney and VerdeGroup from future violations of the antifraud provisions of Section 17(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. §77q(a)] and Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78o(a)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5(a)-(c)];

- permanent injunctions prohibiting T. Gaffney, VerdeGroup, and Gordon from future violations of the registration provisions of Section 5(a) and (c) of the Securities Act [15 U.S.C. § 77e(a), (c)];

- permanent injunctions prohibiting Gordon from future violations of the broker registration provisions of Section 15(a) of the Securities Act [15 U.S.C. § 78o(a)];

- permanent injunctions prohibiting T. Gaffney from participating in the issuance, purchase, offer or sale of any securities, other than for his own personal account;

1

- T. Gaffney, VerdeGroup, Tommy's Pizza, and C. Gaffney to disgorge, on a joint and several basis, their ill-gotten gains of $467,110, with prejudgment interest of $3,532.12, for a total of $470,642.12;
- civil penalties of $195,047 against T. Gaffney; $975,230 against VerdeGroup; and $9,753 against Gordon.

A copy of the SEC's proposed judgment is being served on you together with this Notice.

The SEC's motion is based upon the accompanying Memorandum of Points and Authorities; the Declarations of Roberto Grasso and Michael R. Sew Hoy; the filings and records in this action, including the Default by Clerk entered as to VerdeGroup, T. Gaffney, Gordon, Tommy's Pizza and C. Gaffney on November 9, 2021 (Dkt. No. 23); and any other evidence or argument the SEC may present in support of the motion.

**PLEASE TAKE FURTHER NOTICE** that the motion will be heard at 8:30 a.m. on January 14, 2022, or as soon thereafter as practicable, in Courtroom 6C before the Honorable Stanley Blumenfeld Jr., United States District Judge for the United States District Court for the Central District of California, at the First Street Courthouse, 350 West First Street, Los Angeles, California 90012.

This motion is made in compliance with L.R. 7-3, based on a communication to you requesting a meet and confer sent on November 29, 2021, to which you did not respond.

Dated:  December 10, 2021                    Respectfully submitted,


                                             /s/ Michael R. Sew Hoy
                                             Michael R. Sew Hoy
                                             Jacob A. Regenstreif
                                             Attorneys for Plaintiff
                                             Securities and Exchange Commission

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On December 10, 2021, I caused to be served the document entitled **NOTICE OF MOTION AND MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS VERDEGROUP INVESTMENT PARTNERS, INC.; THOMAS GAFFNEY; AND LISA GORDON; AND RELIEF DEFENDANTS TOMMY'S PIZZA VENTURES, INC. AND CYNTHIA GAFFNEY** on all the parties to this action addressed as stated on the attached service list:

☒      **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐      **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐      **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐      **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐      **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒      **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐      **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐      **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

        I declare under penalty of perjury that the foregoing is true and correct.

Date:  December 10, 2021                    */s/ Michael R. Sew Hoy*

                                            Michael R. Sew Hoy

3

*SEC v. VerdeGroup Investment Partners, Inc., et al.*
**United States District Court – Central District of California**
**Case No. 2:21-cv-07663-SB-ADS**

SERVICE LIST

VerdeGroup Investment Partners, Inc. (by U.S. mail only)
c/o Cynthia Gaffney, Managing Agent
55 Sunset Street
Satellite Beach, FL 32937
***Pro Se***

Thomas Gaffney (by electronic and U.S. mail)
55 Sunset Street
Satellite Beach, FL 32937
Email: tomgaffneypresents@yahoo.com
***Pro Se***

Lisa Gordon (by electronic and U.S. mail)
22938 Avenue San Luis
Woodland Hills, CA 91364
Email: financialcatalyst@gmail.com
***Pro Se***

Tommy's Pizza Ventures, Inc. (by U.S. mail only)
c/o Thomas Gaffney, Registered Agent
55 Sunset Street
Satellite Beach, FL 32937
***Pro Se***

Cynthia Gaffney (by electronic and U.S. mail)
55 Sunset Street
Satellite Beach, FL 32937
Email: thegaffneys1997@yahoo.com
***Pro Se***