MICHAEL R. SEW HOY (Cal. Bar No. 243391)
Email: sewhoym@sec.gov
JACOB A. REGENSTREIF (Cal. Bar No. 234734)
Email: regenstreifj@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Katharine E. Zoladz, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Western Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>VERDEGROUP INVESTMENT PARTNERS, INC.; THOMAS GAFFNEY; and LISA GORDON,<br><br>Defendants,<br><br>and<br><br>TOMMY'S PIZZA VENTURES, INC.; and CYNTHIA GAFFNEY,<br><br>Relief Defendants. | Case No. 2:21-cv-07663-SB-ADS<br><br>**NOTICE BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION OF NON-RECEIPT OF OPPOSITION TO ITS MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS VERDEGROUP INVESTMENT PARTNERS, INC.; THOMAS GAFFNEY; AND LISA GORDON; AND RELIEF DEFENDANTS TOMMY'S PIZZA VENTURES, INC. AND CYNTHIA GAFFNEY**<br><br>Date: January 14, 2022<br>Time: 8:30 a.m.<br>Ctrm: 6C<br>Judge: Hon. Stanley Blumenfeld Jr. |

**TO ALL DEFENDANTS, RELIEF DEFENDANTS AND COUNSEL OF RECORD:**

  **PLEASE TAKE NOTICE** that on December 10, 2021, Plaintiff Securities and Exchange Commission ("SEC") moved, pursuant to Fed. R. Civ. P. 55(b)(2), C.D. Cal. Local Rule 55-1, and this Court's order to show cause dated November 24, 2021 (Dkt. No. 25), for entry of a default judgment against Defendants VerdeGroup Investment Partners, Inc. ("VerdeGroup"), Thomas Gaffney ("T. Gaffney") and Lisa Gordon ("Gordon") (collectively "Defendants") and Relief Defendants Tommy's Pizza Ventures, Inc. ("Tommy's Pizza"), and Cynthia Gaffney ("C. Gaffney") (collectively "Relief Defendants").  Defendants' and Relief Defendants' opposition to the motion was due on December 27, 2021.  As of today, the SEC has not received any response.  Accordingly, SEC's motion for entry of a default judgment against Defendants and Relief Defendants should be granted.

Dated:  December 28, 2021     Respectfully submitted,

             */s/ Michael R. Sew Hoy*
             Michael R. Sew Hoy
             Jacob A. Regenstreif
             Attorneys for Plaintiff
             Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
    444 S. Flower Street, Suite 900, Los Angeles, California 90071
    Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On December 28, 2021, I caused to be served the document entitled **NOTICE BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION OF NON-RECEIPT OF OPPOSITION TO ITS MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS VERDEGROUP INVESTMENT PARTNERS, INC.; THOMAS GAFFNEY; AND LISA GORDON; AND RELIEF DEFENDANTS TOMMY'S PIZZA VENTURES, INC. AND CYNTHIA GAFFNEY** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

Date: December 28, 2021        */s/ Michael R. Sew Hoy*
                                              Michael R. Sew Hoy

*SEC v. VerdeGroup Investment Partners, Inc., et al.*
United States District Court – Central District of California
Case No. 2:21-cv-07663-SB-ADS

SERVICE LIST

VerdeGroup Investment Partners, Inc. (by U.S. mail only)
c/o Cynthia Gaffney, Managing Agent
55 Sunset Street
Satellite Beach, FL 32937
*Pro Se*

Thomas Gaffney (by electronic and U.S. mail)
55 Sunset Street
Satellite Beach, FL 32937
Email: tomgaffneypresents@yahoo.com
*Pro Se*

Lisa Gordon (by electronic and U.S. mail)
22938 Avenue San Luis
Woodland Hills, CA 91364
Email: financialcatalyst@gmail.com
*Pro Se*

Tommy's Pizza Ventures, Inc. (by U.S. mail only)
c/o Thomas Gaffney, Registered Agent
55 Sunset Street
Satellite Beach, FL 32937
*Pro Se*

Cynthia Gaffney (by electronic and U.S. mail)
55 Sunset Street
Satellite Beach, FL 32937
Email: thegaffneys1997@yahoo.com
*Pro Se*