UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:21-cv-07663-SB-ADS | Date: | March 11, 2022 |
|---|---|---|---|

| Title: | *Securities and Exchange Commission v. VerdeGroup Investment Partners, Inc., et al.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Jennifer Graciano | Terri Hourigan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Michael R. Sew Hoy | None Appearing |

**Proceedings:** Motion to Correct Judgment [Dkt. No. 34] (Held and Completed)

     Case called and appearances made. The Court hears from the SEC's counsel, who apologized for omitting an important provision from its proposed judgment and committed to being more careful in the future. The Court **GRANTS** the Motion for Entry of Corrected Final Judgment, Dkt. No. 34, to which no opposition has been filed. An amended final judgment will be entered separately.

0:04